**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
TRUSTEES OF THE EMPIRE STATE
CARPENTERS WELFARE, PENSION
ANNUITY, APPRENTICESHIP,
CHARITABLE TRUST, LABOR                         **REFERRAL ORDER**
MANAGEMENT COOPERATION, AND                     11-cv-4742 (ADS)(GRB)
SCHOLARSHIP FUNDS,

        Plaintiff,

    -against-

JCMI, INC.

        Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Levy Ratner P.C.**
*Attorneys for the Plaintiff*
80 Eighth Avenue
8th Floor
New York, NY 10011-5126
    By:    Owen M. Rumelt, Esq., of Counsel

**NO APPEARANCE:**

JCMI, Inc.

**SPATT, District Judge.**

    The Plaintiff commenced this action on or about September 28, 2011, asserting claims for damages pursuant to Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1132, and Section 301 of the Labor Management Relations Act of 1948 ("LMRA"), 29 U.S.C. § 185. The Clerk of the Court having noted the default of the Defendant JCMI, Inc. on February 21, 2012 and the Plaintiff having moved for a default judgment against the Defendant on March 30, 2012, the Court hereby respectfully refers this matter to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the

motion for a default judgment should be granted, and if so, whether damages should be awarded, including reasonable attorney's fees and costs. The Clerk of the Court is directed to note the referral of this matter.

**SO ORDERED.**

Dated: Central Islip, New York
April 3, 2012

                   _____/s/ Arthur D. Spatt_____
                    ARTHUR D. SPATT
                  United States District Judge